# Tilton Beldner LLP

*www.tiltonbeldner.com*

*626 RXR Plaza*
*Uniondale, New York 11556*
*Tel.: (631) 629-5291*
*Fax: (516) 324-3170*
*etilton@tiltonbeldner.com*

*Via ECF*

Hon. Diane Gujarati                                           April 5, 2024
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Stroude v. Table 87, Frozen, LLC*
        *No. 23-cv-9344(DG)(VMS)*

Your Honor:

I represent the Defendant. I write, with the consent of counsel for the Plaintiff, to respectfully move for the judicial endorsement of the parties' Consent Decree relating to the parties' settlement of this matter. A copy of the Consent Decree is enclosed as a proposed order.

Plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation which is not accessible to visually impaired consumers in violation of the Americans with Disabilities Act and the New York City Human Rights Law. Defendant denies the allegations of the Complaint and does not admit liability; however, we have reached an early settlement with Plaintiff individually in order to avoid the cost and inconvenience of litigation and to address the issues raised by the action in a mutually acceptable manner. We therefore respectfully request that the Court so-order the Consent Decree, which constitutes a reasonable resolution of Plaintiff's claims.

The Consent Decree "(1) springs from and serves to resolve a dispute within the court's subject-matter jurisdiction, (2) comes within the general scope of the case made by the pleadings, and (3) furthers the objectives of the law upon which the complaint was based." *Kozlowski v. Coughlin*, 871 F.2d 241, 244 (2d Cir. 1989) (internal bracketing omitted) (citing *Local Number 93, Int'l Ass'n of Firefighters v. City of Cleveland*, 478 U.S. 501, 525 (1986)); *see Figueroa v. Arhaus, LLC*, No. 18 Civ. 10491 (S.D.N.Y. Feb. 20, 2019) (DE 16) (applying the above standard in an ADA website action to approve consent decree).

The Consent Decree is designed to serve as a shield for Defendant against claims by other potential plaintiffs who may come forward to assert similar claims based on the alleged access violations that are being addressed and resolved pursuant to this settlement. Duplicative suits

---

*Tilton Beldner LLP*                                           *1 of 2* ✦

have been a recurring problem in similar matters handled by attorneys within this district and around the country. The judges of the Eastern District have approved similar consent decrees in such matters in the past. *See, e.g., Martinez v. Restore Franchising, LLC*, No. 23 Civ. 7224, (E.D.N.Y.) (DE 14); *Fischler v. Azlo Business, Inc.*, No. 20 Civ. 5216 (E.D.N.Y.) (DE 11); *Martinez v. FKA Distributing Co. LLC*, No. 19 Civ. 0035 (E.D.N.Y.) (DE 10); *Dennis v. Madcadi Inc.*, No. 18 Civ. 7114 (E.D.N.Y.) (DE 18); *Fischler v. Greystar Worldwide LLC*, No. 18 Civ. 4049 (E.D.N.Y.) (DE July 17, 2019); *Olsen v. Mandarin Oriental (New York) Inc.*, No. 18 Civ. 6850 (E.D.N.Y.) (DE Sept. 3, 2019); *Fischler v. Hub Associates, LLC*, No. 18 Civ. 7000 (E.D.N.Y.) (DE 19); *Kiler v. Keith McCurdy LLC*, No. 19 Civ. 3472 (E.D.N.Y.) (DE 11); *Panarese v. Museum of Modern Art*, No. 19 Civ. 3899 (E.D.N.Y.) (DE 11); *Rodriguez v. 166, Inc.*, No. 20 Civ. 3206 (E.D.N.Y.) (DE Sept. 22, 2020); *Conner v. EMJ Apparel Group*, No. 20 Civ 3062 (E.D.N.Y.) (DE Nov. 17, 2020); *Dawkins v. Golden Krust Caribbean Bakery, Inc.*, No. 22 Civ. 1223) (EDNY) (DE 22); *Hwang v. Ulla Johnson, Inc.*, No. 23 Civ. 2952 (E.D.N.Y.) (DE 13); *Iskhakova v. Iris Studios*, No. 23 Civ. 3020 (E.D.N.Y.) (DE 12); *Clement v. CFA, LLC*, No. 23 Civ. 3466 (E.D.N.Y.) (DE 12); *Clement v. Bitterman & Sons*, No. 23 Civ. 2498 (E.D.N.Y.) (DE 16).

We respectfully request that Your Honor endorse the enclosed Consent Decree and direct the Clerk to enter it on the docket of this matter for all of the reasons stated above. We thank you for your time and attention and remain available to conference with the Court if necessary.

Very truly yours,

___s/_____
Eric S. Tilton

cc: All parties of record via ECF